# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO.  4:96cr69-RH

WILLIAM B. VORE, DANIEL D.
WHEELIS, and PAMELA JO WARNER,

      Defendants.

_____/

## ORDER REFUNDING OVERPAYMENT OF RESTITUTION

In this criminal case, the three defendants were convicted of bank robbery. Their sentences included an order to pay restitution in the amount of $2,352.00. The restitution obligation was imposed on each of the three defendants jointly and severally.

The restitution obligation now has been overpaid by the sum of $25.00.  The Clerk of the Court has requested authorization to refund that amount to defendant Daniel D. Wheelis, who made the most recent payment, resulting in the

overpayment.  In total, however, defendant Pamela Jo Warner has paid the net

amount of $1,523.57, defendant Daniel Wheelis has paid $375.00, and Mr. Vore

has paid $478.43.  It is clear, therefore, that the only defendant who has paid more

than her proportionate share is Ms. Warner.

Although the obligation of each of the defendants was joint and several, as

among the three defendants the obligation of each was for a one-third share. I

conclude that the overpayment should be refunded to Ms. Warner.

Accordingly,

IT IS ORDERED:

The clerk shall refund the amount of $25.00 to defendant Pamela Jo Warner.

SO ORDERED this 1st day of June, 2005.

s/Robert L. Hinkle
Chief United States District Judge